UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60015-DSL

UNITED STATES OF AMERICA

v.

CARLOS ABREU,

        Defendant.

_____/

## FACTUAL PROFFER

The United States of America, Defendant Carlos Abreu ("the "Defendant"), and the Defendant's undersigned counsel (collectively, the "Parties"), agree that had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

The Defendant's true name is Carlos Abreu. He was born in 1979. He is a citizen of the Dominican Republic. The Defendant entered the United States without inspection sometime before 2007. At no time has the Defendant ever had legal immigration status in the United States of America. He has never had a valid immigrant visa, non-immigrant visa, parole, or citizenship in the United States. In other words, from 2007 until the present, the Defendant was an alien in the United States without lawful status and was illegally present. The Defendant knew that he lacked legal status and was illegally present.

In 2007, the Defendant obtained a Florida Driver License, bearing the Defendant's likeness, but the name and personal identifying information of C.R.V., a United States Citizen. C.R.V. is a real person who resides in Puerto Rico and who does not know the Defendant. C.R.V. has never traveled to the continental United States. After 2007, the Defendant held himself out to be C.R.V.

to the general public, including to his wife, to employers and to federal, state, and local governments.

On or about October 1, 2016, the Defendant registered to vote under the name C.R.V. in Broward County, Florida. To register, the Defendant affirmed he was a United States citizen. He provided his residential address, but C.R.V.'s name and date of birth. The Defendant also provided the number for the Florida Driver License bearing the Defendant's likeness but C.R.V.'s personal identifying information. On or around November 8, 2016, he voted in Florida in the 2016 federal general elections under the name C.R.V.

On or about September 29, 2020, in Broward County, Florida, the Defendant renewed and updated the fraudulent voter registration under the name C.R.V. On the 2020 voter registration application, the Defendant, falsely claimed he was a United State Citizen named C.R.V. At the time he made the statement, the Defendant knew the statements were false. He knew he was not a United States citizen and he knew his name was not C.R.V. The Defendant received a voter registration card in the name C.R.V. from the Broward County Supervisor of Elections. The Defendant also requested and received a mail-in-ballot from the Broward County Supervisor of Elections.

On or about November 6, 2022, the Defendant voted by mail-in ballot in the November 2022 midterm election in Broward County. The November 2022 midterm election was a federal election. The ballot was received by the Broward County Supervisor of Elections. To vote, the Defendant falsely claimed his name was C.R.V. At the time he made the statement, the Defendant knew the statement as to his name was false.

On or about September 12, 2016, the Defendant, applied for, and received, a concealed weapon and firearm license from the Florida Department of Agriculture and Consumer Services.

He falsely claimed that he was a United States citizen and provided C.R.V.'s personal identifying information, including C.R.V.'s name, social security number, date of birth, and place of birth. On or about July 9, 2022, the Defendant purchased two firearms, a Glock 23 GEN 4 and a Sig Sauer P365. To purchase the firearms, the Defendant provided the fraudulent Florida Driver License and Florida concealed weapon permit in C.R.V.'s name but bearing the Defendant's likeness.  On or about August 21, 2024, the Defendant possessed four firearms, including the two firearms purchased on July 9, 2022 and 316 rounds of ammunition at his residence.  The firearms and the ammunition had travelled in, and affected, interstate commerce because they were manufactured outside the State of Florida and travelled through commerce into the State of Florida.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned Defendant's knowing, willful, and intentional plea of guilty to Counts 1 through 3 of the Indictment.

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

Date: 3-12-25          By: _____
BRIANNA COAKLEY
DANIEL ROSENFELD
ASSISTANT UNITED STATES ATTORNEYS

Date: 3-12-25          _____
WESLEY WALLACE
ATTORNEY FOR DEFENDANT

Date: 3-12-25          _____
CARLOS ABREU
DEFENDANT